UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
AUGUST 5, 2025 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:25-cr-134
      18 U.S.C. § 2252A(a)(1)
      18 U.S.C. § 2252A(b)(1)
      18 U.S.C. § 2252A(a)(5)(B)
      18 U.S.C. § 2252A(b)(2)
      18 U.S.C. § 922(o)
      18 U.S.C. § 924(a)(2)
      26 U.S.C. § 5822
      26 U.S.C. § 5861(c)
      26 U.S.C. § 5871

JOSHUA MATTHEW WADE

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about November 10, 2024, at or near Lewisburg, Greenbrier County, West Viginia, and within the Southern District of West Virginia, defendant JOSHUA MATTHEW WADE knowingly transported child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate commerce, and in and affecting interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

## COUNT TWO

On or about March 27, 2025, at or near Lewisburg, Greenbrier County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA MATTHEW WADE did knowingly possess material, that is, computer graphic image files, containing images of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**COUNT THREE**

On or about July 14, 2025, at or near Lewisburg, Greenbrier County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA MATTHEW WADE knowingly possessed a machinegun, that is, a Geissele Automatics, LLC, model SD-556, .556-caliber rifle.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT FOUR

On or about July 14, 2025, at or near Lewisburg, Greenbrier County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA MATTHEW WADE knowingly possessed a firearm, that is, a Palmetto State Armory, model PA-15, multi-caliber short-barreled rifle, made in violation of Chapter 53 of Title 26 of the United States Code.

In violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871.

**NOTICE OF FORFEITURE**

Pursuant to 18 U.S.C. § 2253(a) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant JOSHUA MATTEW WADE of a violation of 18 U.S.C. § 2252A, as set forth in Counts One and Two of this Indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this Indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this Indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this Indictment, including, but not limited to, the Samsung cellular telephone seized by law enforcement on July 14, 2025.

Pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), 49 U.S.C. § 80303, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant JOSHUA MATTHEW WADE of a violation of 18 U.S.C. §§ 922(o) and 924(a)(2), as charged in Count Three of the Indictment, and/or a violation of 26 U.S.C. §§ 5822, 5861(c), and 5871, as charged in Count Four of the Indictment, defendant JOSHUA MATTHEW WADE shall

forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses and any property, including any firearms, used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including but not limited to the following items seized by law enforcement on July 14, 2025:

1. a Geissele Automatics, LLC, model SD-556, .556-caliber rifle, bearing serial no. SD556-063411;
2. a Palmetto State Armory, model PA-15, multi-caliber rifle, bearing serial no. SCNL235018;
3. a Surefire LLC, model SOCOM556-RC2, silencer, bearing serial no. A51N78939; and
4. an auto-sear, jig, and other firearms parts and accessories (ATF Item No. 3).

                           LISA G. JOHNSTON
                           Acting United States Attorney

By: _____
                           LESLEY SHAMBLIN
                           Assistant United States Attorney